further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.

No. 78–950. MISSOURI BOARD OF PROBATION AND PAROLE ET AL. *v.* WILLIAMS ET AL. C. A. 8th Cir. Motion of respondent Williams for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.

No. 78–1282. WILLIAMS ET AL. *v.* PHILLIPS. Sup. Ct. Okla. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.

No. 78–1533. CONNECTICUT BOARD OF PARDONS ET AL. *v.* DUMSCHAT ET AL. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.

No. 78–5419. VAN CUREN *v.* JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.

No. 78–5551. SMITH *v.* WOODARD ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Greenholtz* v. *Nebraska Penal Inmates, ante,* p. 1.